# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 26, 2014

_____

### RULE 45 NOTICE-BRIEF/APPENDIX
_____

No.   13-2288,   <u>Hesham Abbas v. Christopher Woleben</u>
                 3:13-cv-00147-JAG

TO:   Hesham M. Abbas

**BRIEFING DOCUMENT DUE:** 03/13/2014

The court has not received the briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the document(s) and a motion to extend filing time are received in the clerk's office, or the default is otherwised remedied, within 15 days of the date of this notice. The deadlines for any subsequent briefs will be extended after filing of the past-due brief.

[ ] Opening brief

[ ] Appendix

[X] Opening brief and appendix

[ ] Opening/response brief

[ ] FRAP 30(c) page-proof opening brief

[ ] FRAP 30(c) page-proof opening/response brief

[ ] Supplemental opening brief

Tony Webb, Deputy Clerk
804-916-2702